ACCEPTED
15-25-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 2:33 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00114-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 2:33:24 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS**

KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,

*APPELLANTS,*

V.

DAVE & BUSTER'S I, L.P.,

*APPELLEE.*

On Appeal from the 200TH District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-23-000781

**NOTICE OF DESIGNATION OF LEAD COUNSEL
AND NOTICE OF APPEARANCE**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1, Appellee files this Notice Designating Lead Counsel, and respectfully submits the following contact information for Appellee lead counsel:

Lacy Leonard
**Ryan Law Firm, PLLC**
1301 S. Mopac Expressway, Suite 430
Austin, Texas 78746
512.459.6606 Telephone
512.459.6601 - Facsimile
Lacy.Leonard@ryanlawyers.com
State Bar No. 24040561

Additionally, pursuant to Texas Rule of Appellate Procedure 6.2,

Appellee files this entry of appearance for co-counsel Jeffrey L. Nanson, and

respectfully submits the following contact information for Mr. Nanson:

Jeffrey L. Nanson
**Ryan Law Firm, PLLC**
8101 Windrose Avenue, Ste 950
Plano, Texas 75024
972.250.6363 - Telephone
972.250.3599 – Facsimile
Jeff.Nanson@ryanlawyers.com
State Bar No. 24098166

## PRAYER

Appellee respectfully requests that this Court designate Ms. Leonard

as Appellee's lead counsel, note the appearance of Mr. Nanson as co-counsel

with Ms. Leonard and Ms. Ahlrich, and direct any future notices to their

attention.

Respectfully submitted,

Lacy Leonard
State Bar No. 24040561
Lacy.Leonard@ryanlawyers.com
Danielle Ahlrich
State Bar No. 24059215
Danielle.Ahlrich@ryanlawyers.com
**Ryan Law Firm, PLLC**
1301 S. Mopac Expy, Ste 430
Austin, Texas 78746
512.459.6600 - Telephone
512.459.6601 - Facsimile

Jeffrey L. Nanson
State Bar No. 24098166
Jeff.Nanson@ryanlawyers.com
**Ryan Law Firm, PLLC**
8101 Windrose Avenue, Ste 950
Plano, Texas 75024
972.250.6363 - Telephone
972.250.3599 - Facsimile

COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, the foregoing Notice Designating Lead Counsel and Notice of Appearance was electronically served on all counsel of record by the Electronic Filing Service Provider, if registered; otherwise by email, as follows:

Wesley Remschel
Assistant Attorney General
Alexis Cantu
Assistant Attorney General
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Wesley.Remschel@oag.texas.gov
Alexis.Cantu@oag.texas.gov

_____
Lacy Leonard

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marissa Yarborough on behalf of Lacy Leonard
Bar No. 24040561
marissa.yarborough@ryanlawyers.com
Envelope ID: 108021317
Filing Code Description: Other Document
Filing Description: Notice of Designation of Lead Counsel and Notice of Appearance
Status as of 11/13/2025 2:53 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danielle Ahlrich | 24059215 | danielle.ahlrich@ryanlawyers.com | 11/13/2025 2:33:24 PM | SENT |
| Wesley Remschel | | wesley.remschel@oag.texas.gov | 11/13/2025 2:33:24 PM | SENT |
| Lacy Leonard | | Lacy.Leonard@ryanlawyers.com | 11/13/2025 2:33:24 PM | SENT |
| Ryan Law Paralegals | | Austin.Paralegals@ryanlawyers.com | 11/13/2025 2:33:24 PM | SENT |
| Jeffrey L.Nanson | | Jeff.Nanson@ryanlawyers.com | 11/13/2025 2:33:24 PM | SENT |